**Order entered November 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01296-CR

**SRINIVAS EADHA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83015-2015**

## ORDER

Before the Court is appellant's November 8, 2018 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 10, 2018**. If appellant's brief is not filed by December 10, 2018, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/     LANA MYERS
        JUSTICE